UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORDAN DEANE CULTEE,<br><br>        Defendant. | CASE NO. 2:25-cr-00129-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the unopposed motion of Defendant Jordan Deane Cultee to continue the trial date to February 17, 2026, and to extend the pretrial motions deadline to a date consistent with the new trial date. Dkt. No. 27. The Government does not oppose Mr. Cultee's motion. *Id.* at 1. For the reasons explained below, the Court grants the motion.

Mr. Cultee is charged with one count of Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Dkt. Nos. 1, 12. At his arraignment, Mr. Cultee pleaded not guilty to the charges and requested discovery. Dkt. No. 19. The Court scheduled trial for August 18, 2025, with pretrial motions due by July 17. *Id.*

Mr. Cultee first received discovery in this matter on July 10, 2025, and his counsel requests

additional time "to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, engage in plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Cultee." Dkt. No. 27 at 2. Additionally, due to the "protected nature of the discovery, counsel or Mr. Cultee will need to travel between Seattle and Bellingham to meet and review it," and "counsel expects to meet with the government to review other materials that may not be produced in discovery, protected or otherwise." *Id.* Mr. Cultee has waived his speedy trial rights through March 2, 2026. Dkt. No. 28.

Given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Cultee in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Cultee's counsel the reasonable time necessary to effectively prepare for trial, to review discovery, to investigate the matter, to gather evidence material to the defense, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 27, and ORDERS that Mr. Cultee's trial shall be continued to February 17, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the Speedy Trial Act. Pretrial motions are due no later than December 23, 2025.

Dated this 17th day of July, 2025.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 2