UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>    v.<br><br>JORDAN DEANE CULTEE,<br><br>                        Defendant. | CASE NO. 2:25-cr-00129-LK<br><br>ORDER CONTINUING TRIAL DATE |

      This matter comes before the Court on the unopposed motion of Defendant Jordan Deane Cultee to continue his trial date to September 14, 2026, and to extend the pretrial motions deadline to a date consistent with the new trial date. Dkt. No. 31. The Government does not oppose Mr. Cultee's motion. *Id.* at 1. For the reasons explained below, the Court grants the motion.

      Mr. Cultee is charged with one count of Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Dkt. Nos. 1, 12. At his arraignment, Mr. Cultee pleaded not guilty to the charges and requested discovery. Dkt. No. 19. The Court scheduled trial for August 18, 2025, with pretrial motions due by July 17. *Id.* In July 2025, the Court granted Mr. Cultee's unopposed motion to continue trial to February 17, 2026. Dkt. No. 29.

ORDER CONTINUING TRIAL DATE - 1

Mr. Cultee now seeks a continuance of the trial date to September 14, 2026 because the Government intends to provide additional discovery. Dkt. No. 31 at 1–2. Mr. Cultee requests additional time for his counsel to "receive and review . . . additional discovery, continue to investigate the allegations, address legal issues, research pretrial motions, obtain additional records, engage in plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Cultee." *Id.* at 2. Mr. Cultee has waived his speedy trial rights through September 28, 2026. Dkt. No. 32.

Given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Cultee in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Cultee's counsel the reasonable time necessary to effectively prepare for trial, to review discovery, to investigate the matter, to gather evidence material to the defense, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 31, and ORDERS that Mr. Cultee's trial shall be continued to September 14, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the Speedy Trial Act. Pretrial motions are due no later than July 27, 2026.

Dated this 30th day of December, 2025.

Lauren King
United States District Judge