UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORDAN DEANE CULTEE,

Defendant.

CASE NO. 2:25-cr-00129-LK

ORDER CONTINUING TRIAL DATE

This matter comes before the Court on the unopposed motion of Defendant Jordan Deane Cultee to continue his trial date to March 8, 2027, and to extend the pretrial motions deadline to a date in mid-January 2027. Dkt. No. 34. The Government does not oppose Mr. Cultee's motion. *Id.* at 1. For the reasons explained below, the Court grants the motion.

Mr. Cultee is charged with one count of Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Dkt. Nos. 1, 12. At his arraignment, Mr. Cultee pleaded not guilty to the charges and requested discovery. Dkt. No. 19. The Court originally scheduled trial for August 18, 2025, and granted two continuances, first to February 17, 2026, and then to September 14, 2026. Dkt. Nos. 19, 29, 33.

Mr. Cultee now seeks a continuance of the trial date to March 8, 2027 to allow additional time for "two experts to present mitigation for negotiations and potentially provide a defense if the case goes to trial." Dkt. No. 34 at 2. Mr. Cultee requests additional time for his counsel to "continue to investigate the allegations, address legal issues, continue to research pretrial motions after receiving mitigation materials, obtain additional records based on information received in the materials, engage in plea negotiations with the government with support from the mitigation materials, and explain potential plea, trial, or sentencing consequences with Mr. Cultee based on the expectation the government will make an offer to Mr. Cultee." *Id*. Mr. Cultee has waived his speedy trial rights through April 5, 2027. Dkt. No. 35.

Given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Cultee in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Cultee's counsel the reasonable time necessary to effectively prepare for trial, research pretrial motions after receiving mitigation materials, to obtain additional related records, to gather evidence material to the defense, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 34, and ORDERS that Mr. Cultee's trial shall be continued to March 8, 2027. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the

Speedy Trial Act. Pretrial motions are due no later than January 25, 2027. If expert testimony is anticipated, the parties must propose a date prior to trial for a Daubert hearing.

Dated this 29th day of July, 2026.

Lauren King
United States District Judge